# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    Nos. 44-47 EM 2022

Respondent                  :

v.                          :

RONALD WALKER,                :

Petitioner                :

## ORDER

**PER CURIAM**

       **AND NOW**, this 17th day of October, 2022, the "Application for Leave to File Post-Submission, for an Emergency Application for Extraordinary Relief" is DENIED.